# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| SOUTHERN HVAC CORPORATION and FAST OF FLORIDA, INC., as successor-by-merger to U.S. H&AC, LLC <br><br> *Plaintiff(s)* <br> v. <br><br> ARIE KONFORTE, JUSTIN KONFORTE, PHILIPA MACHIAL and JOSKO LLC <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 6:18-CV-1589-ORL-37-TBS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* JOSKO LLC
By serving its Registered Agent:
Gus R. Benitez
1223 East Concord Street
Orlando, FL 32803

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Amanda E. Reagan
DLA PIPER LLP (US)
3111 W. Dr. Martin Luther King Jr. Blvd., Suite 300
Tampa, FL 33607-6233
Phone: 813-229-2111 / Fax: 813-229-1447
Email: amy.reagan@dlapiper.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 9-25-18

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| SOUTHERN HVAC CORPORATION and FAST OF FLORIDA, INC., as successor-by-merger to U.S. H&AC, LLC <br><br> *Plaintiff(s)* <br> v. <br><br> ARIE KONFORTE, JUSTIN KONFORTE, PHILIPA MACHIAL and JOSKO LLC <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 6:18-CV-1589-ORL-31-TBS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Philipa Machial
22 Stevenage Drive
Longwood, FL 32779

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Amanda E. Reagan
DLA PIPER LLP (US)
3111 W. Dr. Martin Luther King Jr. Blvd., Suite 300
Tampa, FL 33607-6233
Phone: 813-229-2111 / Fax: 813-229-1447
Email: amy.reagan@dlapiper.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 9-25-18

_____
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| SOUTHERN HVAC CORPORATION and FAST OF FLORIDA, INC., as successor-by-merger to U.S. H&AC, LLC <br><br> *Plaintiff(s)* <br> v. <br><br> ARIE KONFORTE, JUSTIN KONFORTE, PHILIPA MACHIAL and JOSKO LLC <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No. 6:18-CV-1589-ORL-37-TBS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Justin Konforte
116 Habersham Avenue
Longwood, FL 32779

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Amanda E. Reagan
DLA PIPER LLP (US)
3111 W. Dr. Martin Luther King Jr. Blvd., Suite 300
Tampa, FL 33607-6233
Phone: 813-229-2111 / Fax: 813-229-1447
Email: amy.reagan@dlapiper.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 9-25-18

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| SOUTHERN HVAC CORPORATION and FAST OF FLORIDA, INC., as successor-by-merger to U.S. H&AC, LLC <br><br> *Plaintiff(s)* <br> v. <br><br> ARIE KONFORTE, JUSTIN KONFORTE, PHILIPA MACHIAL and JOSKO LLC <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 6:18-CV-1589-ORL-37-TBS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Arie Konforte
232 Needles Trail
Longwood, FL 32779

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Amanda E. Reagan
DLA PIPER LLP (US)
3111 W. Dr. Martin Luther King Jr. Blvd., Suite 300
Tampa, FL 33607-6233
Phone: 813-229-2111 / Fax: 813-229-1447
Email: amy.reagan@dlapiper.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 9-25-18

*Signature of Clerk or Deputy Clerk*