UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SOUTHERN HVAC CORPORATION;
and FAST OF FLORIDA, INC.,

    Plaintiffs,

v.                                                          Case No. 6:18-cv-1589-Orl-37TBS

ARIE KONFORTE; JUSTIN
KONFORTE; PHILIPA MACHIAL; and
JOSKO, LLC,

    Defendants.

## ORDER

Plaintiffs initiated the instant action on September 25, 2018. (Doc. 1.) Upon *sua sponte* review of the Complaint, the Court finds that it is due to be dismissed as an impermissible shotgun pleading.

A shotgun complaint "is [one] containing multiple counts where each count adopts the allegations of all preceding counts, causing each successive count to carry all that came before and the last count to be a combination of the entire complaint." *Weiland v. Palm Beach Cty. Sheriff's Office*, 792 F.3d 1313, 1321 (11th Cir. 2015). Such pleadings impose on the Court the onerous task of sifting out irrelevancies to determine which facts are relevant to which causes of action. *See id.* at 1323. Described as "altogether unacceptable" by the U.S. Court of Appeals for the Eleventh Circuit, when a shotgun pleading is filed in this Court, repleader is required. *Cramer v. Florida*, 117 F.3d 1258, 1263 (11th Cir. 1997); *see also Paylor v. Hartford Fire Ins. Co.*, 748 F.3d 1117, 1125–28 (11th Cir.

2014). If the Court does not require repleader, then "all is lost." *Johnson Enters. of Jacksonville, Inc. v. FPL Grp., Inc.*, 162 F.3d 1290, 1333 (11th Cir. 1998).

As Counts II through X incorporate each of the preceding allegations (*see* Doc. 1, ¶¶ 87, 96, 105, 115, 121, 127, 136, 141, 148), the Complaint constitutes an impermissible shotgun pleading and must be dismissed. If Plaintiffs choose to replead, the amended complaint must clearly delineate which factual allegations are relevant to each claim.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**.

2. On or before Tuesday, **October 2, 2018**, Plaintiffs may refile an amended complaint correcting the deficiencies identified in this Order. Failure to refile may result in this action being closed without further notice.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on September 25, 2018.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record