# EXHIBIT C



# EMPLOYEE GUIDEBOOK

*Dedicated to our family of employees. Thank you for your support as we make this the best place it can be.*

*January 1, 2018*

Promotional plans that could be interpreted to involve unusual gain require specific approval from the CEO (or his designee).

9. You may not allow a business or financial transaction to be structured or recorded in a way that is inconsistent with normal business practices.

10. Southern HVAC has a number of protected trademarks, including logos, words, names, symbols, brands, and others that are used to identify and distinguish the company's business, products, and services. With respect to using such items, you must abide by all copyright and other intellectual property laws. This includes, but is not limited to, laws governing copyright, fair use of copyrighted material owned by others, trademarks, and other intellectual property.

11. Customers of Southern HVAC are just that . . . customers of Southern HVAC. We have invested a significant amount of time and money in obtaining and keeping our customers.  In the event that you leave our company, if you are bound by the provisions of our Confidentiality & Non-Solicitation Agreement, you must abide by the provisions within.

12. As an employee of Southern HVAC, you may come into contact with confidential information, as defined in the Confidentiality policy in this guidebook. You must abide by our Confidentiality policy at all times while working for Southern HVAC and after separation.

13. While working at Southern HVAC, you may not perform or solicit work for a customer, visitor, vendor, or supplier of the company for personal gain and you may not enter into a reciprocal agreement with a customer or supplier of Southern HVAC. This pertains to solicitation of customers during work time and outside of work time. Our customer list (written or unwritten) is exclusive and confidential company property and may not be used to solicit business outside the scope of the company. Employees found misusing the company's customer list or soliciting customers for non-company business are subject to immediate termination.

14. As a Southern HVAC employee, you must conduct your personal and non-company affairs in such a fashion that your duties and responsibilities to the company are not jeopardized, and ethical and/

## ELECTRONIC SYSTEMS USE

Southern HVAC provides hardware and software systems to employees in certain positions to assist in conducting company business. These systems may include, but are not limited to, electronic mail (e-mail), laptops and desktop computers, tablets, electronic files, electronic databases, software applications, operating systems, the company intranet, Internet access, phone systems, voice mail systems, facsimile machines, mobile or cellular phones, and all other electronic devices, all of which are collectively referred to as "electronic systems."



If you use company electronic systems for any purpose that is illegal or against company policy, you may be subject to disciplinary action up to and including termination of employment.

In accordance with the National Labor Relations Act and other applicable law, nothing in this policy is intended to interfere with, restrain, or prohibit employees from discussing wages, hours or other terms and conditions of employment, or engaging in other legally protected activity.

**Information Systems General Policy:** Transmission or reception of any material in violation of government regulations or company policies is prohibited. This includes, but is not limited to, copyrighted material; threatening, obscene, or harassing material or messages; chain letters; confidential information (as explained in our Confidentiality policy); trade secrets; and proprietary financial information.

Our Confidentiality policy in this guidebook applies to information in all its forms, including business-related messages in these electronic systems. Such confidential information must not be forwarded by means of our electronic systems to any individuals outside the company under any circumstances. Also, when transmitting such information within the company, it must be sent only to those recipients who are authorized to receive it. Do not leave electronic systems messages containing confidential or proprietary information on your screen when you are away from your workstation. If you become aware of a violation of the security of the company's electronic systems, you must immediately notify Human Resources.

Employees who have been given access to the Southern HVAC e-mail system in the course of their work may use the e-mail system to send coworkers messages regarding working terms and conditions. No group solicitation emails

protect employees from inappropriate charges of mishandling funds by defining his/her responsibilities in the cash handling process.  By accepting employment in a cash handling position, the employee acknowledges that he/she has a fiduciary responsibility to safeguard the funds and assets of the company.

Please see our cash handling guidelines for more information.

## THE GREAT SMOKE OUT

At Southern HVAC, we are especially sensitive to the needs and desires of our customers. For this reason, employees may never smoke or use tobacco products (cigarettes, e-cigarettes, vape pens, cigars, pipes, chewing tobacco, snuff (dip), etc.) in the presence of a customer or on customer property, including construction sites. Smoking and the use of tobacco products is also prohibited in any business-related meeting on or off company property. You must never smoke when handling flammable materials.

Smoking and the use of tobacco products is not permitted inside of Southern HVAC' vehicles, offices,  or construction offices.  Our nonsmoking/tobacco policy also applies to business-related meetings both on and off company property.  Smoking and use of tobacco products is permitted in designated areas only during approved work breaks and during your meal break. You may not take additional "smoke breaks" throughout the day. If you smoke, you are responsible for maintaining the cleanliness of the smoking area by depositing cigarettes in appropriate containers.

Because the smell of smoke can be offensive to some people, employees who smoke and who then meet with customers should be especially mindful of the potential to offend customers. If you hold a position that interfaces with customers, should we determine that your smoking odor is unacceptable, we will address it with you and you will be expected to correct the problem.

## CONFIDENTIALITY

During the course of your employment, you may have access to information of a highly sensitive and confidential nature. Confidential information comes in many forms, including, but not limited to company records; trade secrets; business secrets; customer files and information (including personal information about customers); medical information; computer files; vendor or supplier information; development plans; business information about products, concepts, processes, services, drawings, and know-how; customer lists (written or unwritten); secret inventions; discoveries; technological  data;

estimating procedures; proprietary software; results of research and development; marketing research; accounting records or reports; financial information about the owners; cost figures; customer fees, payments, and pricing information; business plans and strategies; pending projects and proposals; and other types of related company information. You may not disclose, duplicate, or use confidential information, except as required in the performance of your duties with Southern HVAC.

If you come into contact with confidential information (relating to employees,* customers, the company, or others), you hold a special position of trust and confidence toward this data. This includes managers and employees with access to internal business records (including payroll and personnel records) pertaining to other employees.  Unauthorized use or disclosure, even if inadvertent, compromises both you and Southern HVAC and can seriously erode the public confidence we work hard to maintain. Failure to maintain the confidentiality of confidential information is a serious violation of company policy that can lead to disciplinary action, up to and including termination and/or possible legal action. In accordance with the National Labor Relations Act and other applicable law, nothing in this policy is intended to interfere with, restrain, or prohibit employees from discussing wages, hours or other terms and conditions of employment, or engaging in other legally protected activity.

You are required to abide by this policy at all times while working for Southern HVAC and after separation.

*For the purpose of this policy, employee names, addresses, telephone numbers, non-company email addresses, and employee lists may be disclosed if such information comes to your attention (1) by association with other employees or (2) in the normal course of work activity, except when such information is contained in internal business records and is obtained by, or is accessible only to, employees in select positions, such as payroll.



## BEING PRESENT AND ON TIME

Surprise! The work doesn't get done if you're not here. You are expected to arrive at work promptly each scheduled work day (including scheduled overtime) and be ready to