# AFFIDAVIT OF SERVICE

State of Florida      County of United States      Middle District Court

Case Number: 6:18-CV-1589- ORL-37-TBS

SUL2018000436

**Plaintiff:**
Southern HVAC Corporation and Fast of fLORIDA iNC. AS SUCCESSOR-BY- MERGER to U.S. H&AC, LLC

vs.

**Defendant:**
Arie Konforte, Justin Konforte, Philipa Machail and Josko, LLC

**For:**
Amanda Reagan
Dla Piperllp, Us
3111 W. Dr <ertin Luther King Blvd. Ste
Tampa, FL 33607

Received by Claims Confirmation Specialist on the 1st day of October, 2018 at 12:40 pm to be served on **Justin Konforte, 116 Habersham Avenue, Longwood,, FL 32779.**

I, KRISTEN PHIN-CEPPOS, being duly sworn, depose and say that on the **5th day of October, 2018** at **6:11 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons and Complaint for Injunctive Relief and Damages, Exhibits A through C. Civil Cover Sheet, order, Amended Complaint for Injunctive Relief and Damages and Exhibits A through C and Order on Interested Persons and Corporate Disclosure, Related Case Order and Track Two Notice, Notice of Pendency of other actions, Case Management report, Order on interested persons and corporate disclosure, Related case order and track two notice** with the date and hour of service endorsed thereon by me, to: Justin Konforte at the address of: **116 Habersham Avenue, Longwood,, FL 32779**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Marital Status:** Based upon inquiry of party served, Defendant is not married.

**Description** of Person Served: Age: 28, Sex: M, Race/Skin Color: White, Height: 5'5", Weight: 150, Hair: Black, Glasses: N

# AFFIDAVIT OF SERVICE For 6:18-CV-1589- ORL-37-TBS

I do hereby certify that I have no interest in the above action, that I am over the age of eighteen, and that I am a Certified Process Server in the Judicial Circuit in which it was served. Under penalties of perjury, I declare that I have read the forgoing affidavit and that the facts stated in it are true. No Notary required Pursuant to F.S. 92.525 (2)

Subscribed and sworn to before me on this the 7th day of October, 2018 by the affiant who is personally known to me.

Notary public

DYLAN STEELE
NOTARY PUBLIC
STATE OF FLORIDA
Comm# GG100431
Expires 5/2/2021

KRISTEN PHIN-CEPPOS
CPS # 18-0021

Claims Confirmation Specialist
309 Jeanal Pl
Tampa, FL 33612
(813) 931-8599

Our Job Serial Number: SUL-2018000436
Ref: 436

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.2p