# AFFIDAVIT OF SERVICE

State of Florida        County of United States        Middle District Court

Case Number: 6:18-CV-1589- ORL-37-TBS


ASH2018005791

**Plaintiff:**
Southern HVAC Corporation and Fast of fLORIDA iNC. AS SUCCESSOR-BY- MERGER to U.S. H&AC, LLC

vs.

**Defendant:**
Arie Konforte, Justin Konforte, Philipa Machail and Josko, LLC

**For:**
Amanda Reagan
Dla Piperllp, Us
3111 W. Dr <ertin Luther King Blvd. Ste
Tampa, FL 33607

Received by Claims Confirmation Specialist on the **1st** day of October, 2018 at **12:46 pm** to be served on **Josko, LLC c/o Registered Agent Gus R. Benitez, 1223 East Concord Street, Orlando,, FL 32803.**

I, **JOHN STEELE**, being duly sworn, depose and say that on the **5th** day of October, 2018 at **1:38 pm**, I:

served a **REGISTERED AGENT** by delivering a true copy of the **ORDER ON INTERESTED PERSONS AND CORPORATE DISCLOSURE, RELATED CASE ORDER AND TRACK TWO NOTICE** with the date and hour of service endorsed thereon by me, to: **Gus Benitez as Registered Agent** at the address of: **1223 East Concord Street, Orlando,, FL 32803** on behalf of **Josko, LLC**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 55, Sex: M, Race/Skin Color: WHITE, Height: 5'0", Weight: 150, Hair: Gray, Glasses: Y

I do hereby certify that I have no interest in the above action, that I am over the age of eighteen, and that I am a Certified Process Server in the Judicial Circuit in which it was served. Under penalties of perjury, I declare that I have read the forgoing affidavit and that the facts stated in it are true. No Notary required Pursuant to F.S. 92.525 (2)

Subscribed and sworn to before me on this the 9th day of October, 2018 by the affiant who is personally known to me.

Notary public
Holly Graham
NOTARY PUBLIC
STATE OF FLORIDA
Comm# GG063884
Expires 1/18/2021

**JOHN STEELE**
CPS-# 0136

Claims Confirmation Specialist
309 Jeanal Pl
Tampa, FL 33612
(813) 931-8599

Our Job Serial Number: ASH-2018005791

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.2p