UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SOUTHERN HVAC CORPORATION
and FAST OF FLORIDA, INC., as
successor-by-merger to U.S. H&AC, LLC,

       Plaintiffs,

v.

                                       Case Number: 6:18-cv-1589-RBD-TBS

ARIE KONFORTE, JUSTIN
KONFORTE, PHILIPA MACHIAL, and
JOSKO, LLC,

       Defendants.
_____/

**AGREED MOTION FOR ENLARGEMENT OF TIME
IN WHICH TO RESPOND TO PLAINTIFFS' COMPLAINT**

      COMES NOW Defendants ARIE KONFORTE, JUSTIN KONFORTE, PHILIPA MACHIAL, and JOSKO, LLC, (hereinafter collectively referred to as "Defendants") by and through their undersigned counsel, and file this Motion for Enlargement of Time in which to respond to Plaintiffs' Complaint on behalf of all Defendants up to and including November 12, 2018.  Amanda Reagan, counsel for Plaintiffs, was contacted regarding an extension on October 19, 2018 via electronic mail and has agreed to an extension up to and including November 12, 2018.

      **WHEREFORE**, Defendants respectfully request that an enlargement of time be granted them to and including November 12, 2018 in which to respond to Plaintiffs' Complaint.

1

## CERTIFICATE OF CONFERENCE PURSUANT TO L. R. 3.01(G)

Pursuant to Local Rule 3.01(g), I hereby certify that I have conferred with counsel for Plaintiffs regarding the relief requested herein and Plaintiffs do not oppose the requested relief.

Dated this 19th day of October, 2018.    Respectfully submitted,

/Michael J. Colitz, III/
Michael J. Colitz, III
Trial Counsel
Florida Bar No. 164348
michael.colitz@gray-robinson.com
Stephen G. Anderson
Florida Bar No. 0105697
stephen.anderson@gray-robinson.com
GRAYROBINSON, P.A.
401 E. Jackson Street, Suite 2700
Tampa, FL 33602
Tel: (813) 273-5000
Fax: (813) 273-5145

Agustin R. Benitez
Florida Bar No. 278130
gus@ARBenitez.com
Benitez Law Group, PL
1223 East Concord Street
Orlando, Florida 32803
Tel: (407) 268-6684
Fax: (407) 896-8061

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 19, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a copy to all counsel of record.

                                              /Michael J. Colitz, III/
                                              Michael J. Colitz, III

\5500091\1 - # 11165535 v2