## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | |
|---|---|
| **SOUTHERN HVAC CORPORATION** and **FAST OF FLORIDA, INC., as successor-by-merger to U.S. H&AC, LLC**, <br><br> Plaintiffs, <br><br> vs. <br><br> **ARIE KONFORTE, JUSTIN KONFORTE, PHILIPA MACHIAL,** and **JOSKO, LLC**, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Case No. 6:18-cv-1589-RBD-TBS |

## ACCEPTANCE OF SERVICE

Michael J. Colitz, III of GrayRobinson, P.A. hereby states that he is counsel for Defendant Philipa Machial and that he is authorized to and hereby accepts service via electronic mail of the following documents as though the same were personally served upon Defendant Philipa Machial:

1.  Summons
2.  Complaint for Injunctive Relief and Damages with Exhibits A, B and C
3.  Civil Cover Sheet
4.  Order dated September 25, 2018
5.  Amended Complaint for Injunctive Relief and Damages with Exhibits A, B and C
6.  Order on Interested Persons and Corporate Disclosure
7.  Related Case Order and Track Two Notice.

Respectfully submitted,

/Michael J. Colitz, III/
Michael J. Colitz, III
Trial Counsel
Florida Bar No. 164348
michael.colitz@gray-robinson.com
Stephen G. Anderson
Florida Bar No. 0105697

stephen.anderson@gray-robinson.com
GRAYROBINSON, P.A.
401 E. Jackson Street, Suite 2700
Tampa, FL 33602
Tel: (813) 273-5000
Fax: (813) 273-5145

Agustin R. Benitez
Florida Bar No. 278130
gus@ARBenitez.com
Benitez Law Group, PL
1223 East Concord Street
Orlando, Florida 32803
Tel: (407) 268-6684
Fax: (407) 896-8061

Counsel for Defendants

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 19, 2018, I electronically filed the foregoing with the

Clerk of Court by using the CM/ECF system which will send a copy to all counsel of record.


/Michael J. Colitz, III/
Michael J. Colitz, III

# 11166819 v1