UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SOUTHERN HVAC CORPORATION and
FAST OF FLORIDA, INC.,

   Plaintiffs,

v.                                                         Case No:   6:18-cv-1589-Orl-37TBS

ARIE KONFORTE, JUSTIN KONFORTE,
PHILIPA MACHIAL and JOSKO, LLC,

   Defendants.

_____

## ORDER

This case comes before the Court without a hearing on an Agreed Motion for Enlargement of Time in which to Respond to Plaintiffs' Complaint (Doc. 21). "When an act may or must be done within a specified time, the court may, for good cause, extend the time with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires." FED. R. CIV. P. 6(b)(1)(A). Defendants have not shown good cause because they have not provided any reason why they need additional time. Consequently, the motion is **DENIED without prejudice**.

**DONE** and **ORDERED** in Orlando, Florida on October 22, 2018.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to Counsel of Record